1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   EDER MARRUFO-NOVELO

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       ) No. 2:13-mj-00157-KJN
                                   )
12              Plaintiff,         )
                                   )   STIPULATION AND ORDER
13      v.                         )
                                   )
14 EDER MARRUFO-NOVELO,            ) Date:  August 26, 2013
                                   ) Time:  9:00 a.m.
15              Defendant.         ) Judge: Hon. Kendall J. Newman
                                   )
16 _____ )

18     IT IS HEREBY STIPULATED between the parties through their respective counsel, ASHWIN JANAKIRAM, Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for EDER MARRUFO-NOVELO, that the Court vacate the court trial on June 17, 2013 at 9:00 a.m. and set a new court trial on August 26, 2013 at 9:00 a.m.

       The parties also agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution.  18 U.S.C. § 3161(h)(7)(A)and(B)(iv) [Local Code T4].

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through August 26, 2013, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A)and(B)(iv) [Local Code T4].

Dated:  June 12, 2013

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Linda C. Harter
                                          LINDA C. HARTER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          EDER MARRUFO-NOVELO

Dated: June 12, 2013                   BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ Ashwin Janakiram
                                          ASHWIN JANAKIRAM
                                          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: June 12, 2013

                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE